IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                Case No. 6:15-CR-10102-JTM

HUMPHREY EZEKIEL ETENYI,

        Defendant.

**MEMORANDUM AND ORDER**

The government seeks review of the decision of the United States Magistrate Judge authorizing the pretrial release of defendant Humphrey Ezekiel Etenyi, who is charged on five counts in the Indictment: (1) use of wrongfully obtained documents (18 U.S.C. § 1546(a)), (2) unlawful production of an identification document (18 U.S.C. § 1028(a)(a)), (3) aggravated identity theft (18 U.S.C. § 1028A(a)(1)), (4) refusal to depart the United States pursuant to a lawful removal order (8 U.S.C. § 1253(a)(1)(C)), and (5) false statement to the government (18 U.S.C. § 1001(a)(2)). Pursuant to the government's request, the court stayed defendant's release until the pending motion could be heard (Dkt. 12). A motion hearing was held on August 4, 2015.

For the reasons stated on the record during the hearing, the court denies defendant's release. Accordingly, the government's Motion for Revocation of Magistrate's Order of Release (Dkt. 11) is granted.

2

**IT IS THEREFORE ORDERED** this 29th day of September, 2015, that defendant is hereby remanded to the custody of the United States Marshal.

<u>s/J. Thomas Marten</u><br>
J. THOMAS MARTEN, JUDGE